IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 07-14235-CIV-MOORE

STANLEY GRONTKOWSKI,

    Petitioner,

v.

WALTER A. McNEIL,

    Respondent.

_____/

## ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY

THIS MATTER is before the Court upon Petitioner's Motion for a Certificate of Appealability (dkt #68). A prisoner appealing denial of a petition brought under 28 U.S.C. § 2254 must first obtain a Certificate of Appealability. *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003). A Certificate of Appealability shall issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). After a review of the record, the Court finds that Petitioner has not "demonstrat[ed] that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El*, 537 U.S. at 327; *see also id.* at 336–38. Accordingly, it is

ORDERED AND ADJUDGED that Petitioner's Motion for a Certificate of Appealability (dkt # 68) is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th day of October, 2008.

                                                    *[signature]*
                                                    K. MICHAEL MOORE
                                                    UNITED STATES DISTRICT JUDGE

cc:   Magistrate Judge Patrick A. White
      All counsel of record

      Stanley Grontkowski *pro se*
      No: # K55261
      Everglades Correctional Institution
      P.O. Box: 949000
      Miami, Florida 33194-9000